FILED

AUG 13 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **1 : 20  CR  442** |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| COSTEL ALECU, | ) | Sections 1028A(a)(1), 1343, |
| MADALIN GHINEA | ) | 1349, 1956(h), 2320(a)(1), and 2 |
| | ) | |
| Defendants. | ) | |
| | ) | |

JUDGE ADAMS

GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant COSTEL ALECU was a Romanian national and citizen, and resident of Bucharest, Romania.

2. Defendant MADALIN GHINEA was a Romanian national and citizen, and resident of Alexandria, Romania.

3. Defendants, and others known and unknown to the Grand Jury, were members and associates of a criminal network, herein referred to as the "B01LUP Group," whose members and leaders engaged in, among other things, acts of wire fraud, money laundering, identity theft and counterfeit trademark trafficking. These acts were committed in furtherance of and in relation to a wide-ranging online auction fraud scheme primarily targeting United States-based victims.

4. Co-Conspirators 1, 2, 3 and 4 were members of the B01lup Group who assisted in perpetrating the online auction fraud and in laundering criminal proceeds from the fraud scheme.

5.     Defendants, through the B01lup Group, used online auction websites to perpetrate their fraud, including among others eBay Inc. ("eBay") and Amazon Checkout, offered by Amazon.com, Inc. ("Amazon").

6.     The online auction fraud consisted of the B01lup Group placing hundreds of listings for automobiles, motorcycles and other high-priced goods for sale on eBay and similar auction sites.

7.     The Group solicited payments from victims in numerous forms, including reloadable prepaid cards, prepaid debit cards, wire transfers of money, and gift cards of varying types.

8.     eBay and Amazon had trademarks and service marks registered on the principal register of the United States Patent and Trademark Office (USPTO).  These marks were in use by the trademark holders, or their licensee, and were used in connection with the type of goods or services for which the marks were registered.

9.     The Defendants did not have authorization to use any trademark or service mark registered on the principal register of the USPTO by eBay or Amazon.

10.     Yahoo! ("Yahoo"), Google LLC ("Google"), ProtonMail, and 1&1 Mail & Media Inc. ("1&1") were email service providers that used email servers outside of the state of Ohio. Emails sent to or from the servers of these email providers went through servers located outside of the state of Ohio.

## COUNT 1
### (Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349)

The Grand Jury charges:

11.     The factual allegations of Paragraphs 1 – 10 of this Indictment are re-alleged and incorporated by reference herein.

12.     From in or around July 2008 through the date of this Indictment, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants COSTEL ALECU, MADALIN GHINEA, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with others to commit a federal offense, that is, to devise a scheme and artifice to obtain money and property, by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice to transmit and cause to be transmitted wire communications in interstate and foreign commerce, any writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

### Objects of the Conspiracy

13.     It was an object of the conspiracy that Defendants enticed victims in the United States to send money to purchase items on the internet that did not exist.

14.     It was also an object of the conspiracy to obtain personal identifying information of real individuals to further the conspiracy and to avoid detection.

### Manner and Means of the Conspiracy

15.     It was a part of the conspiracy that:

a.  Members of the B01LUP group, including ALECU, used the internet to post advertisements for goods, to include vehicles and other high-value items, to auction websites such as eBay.

3

b. ALECU and other members of the B01lup Group obtained and created accounts to post fake advertisements, and used fraudulent email accounts, and websites to communicate with victims and to convince victims that the merchandise was real, when it was not.

c. ALECU and other members of the B01lup Group employed a network of money launderers and used bank accounts to launder and receive victim funds and transfer those funds overseas by criminally obtaining, possessing, transferring and using personal identifying information of United States-based victims.

d. ALECU and other members of the B01lup Group used stolen credit card, bank account and personal identifying information of United States-based victims to fund their online criminal infrastructure, including to purchase Virtual Private Networks, purchase domain names (e.g., ebay-motors-payments-department.com), and to receive and launder funds from victims.

e. ALECU and other members of the B01lup Group created seemingly official email accounts that lulled unsuspecting consumers into transacting with members of the b01lup Group.  These email accounts would often contain names like eBay to make victims believe that they were communicating with legitimate businesses.  ALECU and others then caused emails sent to those accounts to be automatically forwarded to other email accounts under their control and without the victim's knowledge.

f. ALECU and other members of the B01lup Group maintained and used a database of fraud templates consisting of fictitious online advertisements that, in some cases, prompted users to pay for the goods through a non-existent "eBay Buyer Protection" program representative, who purported to hold the money until the buyer received

4

the item and confirmed his or her satisfaction, but who, in reality, was a person hired

by or working with the B01lup Group.

g. ALECU and other members of the B01lup Group used interstate and foreign wire

communications to deliver to victims in the United States and elsewhere emails,

invoices and receipts containing trademarks of legitimate businesses in order to

entice those victims to send money for the payment for nonexistent, fraudulently

advertised goods.

h. ALECU and other members of the B01lup Group persuaded victims that the

advertisements were legitimate through various means, including by pretending to be

eBay customer support representatives and using email addresses such as

"ebay@safe-transaction-department.com" to communicate with victims.

i. In certain cases, the fraudulent eBay pages were designed to be like authentic eBay

pages and contained a number of fraudulent features intended to lull the user into a

false sense of security. The fraudulent eBay pages contained counterfeit eBay

trademarks, and were otherwise designed to be like authentic eBay pages. These

fraudulent eBay pages also included links to fictitious positive seller reviews, live

chats with an eBay agent, and an "eBay Buyer Protection" function, ostensibly to

pay for the auction items in a secure manner by stating that the buyer was fully

protected in the transaction from fraud such as "Paying for a Vehicle but not

receiving it."

j. In reality, the "eBay Buyer Protection" function was a fictitious transfer service used

by the B01lup Group to funnel payments from unwitting victims through money

mules working for on behalf of the B01lup Group.

5

k.  Believing the remitted funds would be sent to an eBay escrow agent—otherwise known as a transfer agent—the victim paid for the goods, sending wire transfers to individuals employed by the B01lup Group in the United States, commonly referred to as "money mules."  The money mules, in turn, sent funds via wire transfer services, such as Money Gram or Western Union, to money mules based in Eastern Europe, who withdrew the money and gave it to members of the B01lup Group. Ultimately, the victims never received the items for which they paid, and never got their money back.

**Acts in Furtherance of the Conspiracy**

16.  In furtherance of the conspiracy, and to effect the objects thereof, Defendants and others committed the acts described below, in the Northern District of Ohio and elsewhere.

17.  On or about March 9, 2012, ALECU obtained a program used by auction scammers to quickly post multiple advertisements on Craigslist online.

18.  On or about September 9, 2012, ALECU obtained a document containing approximately over 3,400 different user names and passwords for Company A.

19.  On or about September 9, 2012, ALECU obtained fraud templates bearing counterfeit service marks of Amazon Payments, conversation templates for communicating with potential victims about a car for sale, and a list of websites commonly used to sell cars online.

20.  On or about September 26, 2012, ALECU obtained a document containing account information, to include user names and passwords, for approximately 174 accounts associated with Company B.

21.  In or around August 2014, ALECU and GHINEA exchanged fraud templates and personal identifying information of others for use in the auction fraud scheme.

22.     From in or around August 2014 through in or around September 2014 ALECU obtained personal identifying information for C.L., a resident of Westlake, Ohio, which he used to acquire multiple Greendot Moneypak accounts to launder funds from other victims of the auction fraud scheme.

23.     On or about September 21, 2014, ALECU purchased the domain name "ebay-motors-payments-department.com" from Company C, using B.H.'s personal identifying information, including B.H.'s name and credit card, without B.H's permission or authority.

24.     On or about November 19, 2014, ALECU used the personal identifying information of D.C. to register the domain name "safe-transaction-department.com" for use in the auction fraud scheme.

25.     On or about November 21, 2014, ALECU sent and caused to be sent a "test" email to be sent to the email account "ebay@safe-transaction-department.com," which was automatically forwarded to another Gmail account controlled by ALECU.

26.     On or about November 27, 2014, ALECU sent and caused to be sent an email message containing a fraud template bearing unauthorized eBay service marks and advertising the sale of a 2002 Chevrolet Silverado along with instructions for payment through Greendot Moneypak cards to the "eBay@safe-transaction-department.com" email.

27.     On or about December 6, 2014, ALECU used the personal identifying information of J.C. to purchase a remote computing service for use in the auction fraud scheme.

28.     On or about the dates listed below, Defendants and others, for purposes of executing the scheme to defraud, sent and caused to be sent emails in interstate wire communications to the following individuals, whose identities are known to the Grand Jury, through the use of the following email addresses controlled by the B01lup Group, to send money

to money mules for vehicles that did not exist and were not actually for sale, each email

communication consisting of a separate act in furtherance of the conspiracy:

|   | Approximate Date | Email Address Used by the B01lup Group | Victim/Individual | Description of Email |
|---|---|---|---|---|
| a. | December 16, 2014 | ebay@safe-transaction-department.com | B.J.M., Virginia Beach, VA | Email concerning sale of 2004 Nissan Frontier 4x4 |
| b. | December 18, 2014 | ebay@safe-transaction-department.com | A.F., Apopka, FL | Email concerning sale of a 2004 Nissan Maxima |
| c. | February 24, 2015 | kimberlyforeman4@gmail.com | A.B., Canton, OH | Email concerning the sale of a 2004 Honda Accord LX |
| d. | February 25, 2015 | motors-payment@usa.com | A.B., Canton, OH | Email concerning the invoice for the sale of a 2004 Honda Accord LX |
| e. | April 17, 2015 | ebay@safe-transaction-department.com | M.W. , Virginia Beach, VA | Email with the transaction details for the purchase of a 2006 Acura TL |
| f. | April 23, 2015 | ebay@safe-transaction-department.com | K.A.S. Charlotte, NC | Email with the transaction details for the sale of a 1999 Land Rover |
| g. | February 23, 2016 | Motors-payment@usa.com / ritasamuelson63@gmail.com | M.T. and R.D., Geneva, Ohio | Email concerning the payment confirmation for a 2001 Ford Explorer Sport Trac 4x4 |
| h. | November 20, 2019 | jessicaesca@gmail.com | Undercover FBI Employee, Cleveland, Ohio | Email with details of a 2013 Yamaha YZF R1 motorcycle and payment method |
| i. | November 22, 2019 | ebay@transaction-agreement.net | Undercover FBI Employee, Cleveland, Ohio | Email concerning the invoice for the sale of a 2013 Yamaha YZF R1 motorcycle |

All in violation of Title 18, United States Code, Section 1349.

**COUNTS 2 – 9**
(Wire Fraud, 18 U.SC. § 1343)

The Grand Jury further charges:

29.     The factual allegations of Paragraphs 1 – 10, 15, and 17 – 28, of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

30.     From in or around August 2008 through the date of the Indictment, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants COSTEL ALECU, MADALIN GHINEA, and others known and unknown to the Grand Jury, devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, as described above in Paragraphs 3,  5 – 10, 15, and 17 – 28 of this Indictment, and transmitted and caused to be transmitted by means of wire communications in interstate commerce, writings, signals, signs, and pictures, for the purposes of executing such scheme and artifice:

WIRE COMMUNICATIONS

| COUNT | Approximate Date | Description and Victim Location | Email Address used by B01lup Group |
|---|---|---|---|
| **2.** | May 30, 2014 | Email containing the account credentials for B.K. (Akron, OH) | B01lup@yahoo.com |
| **3.** | February 2, 2015 | Email sent to R.B. (Strongsville, OH) containing an invoice for the purchase of a 1999 Land Rover | Ebay@safe-transaction-department.com |
| **4.** | January 22, 2015 | Email sent to H.I. (Uniontown, OH), regarding a 2002 Honda Accord | ritasamuelson63@gmail.com |
| **5.** | February 25, 2015 | Email to A.B. (Canton, OH) regarding a 2004 Honda Accord | motors-payment@usa.com |
| **6.** | February 18, 2016 | Email to R.D. and M.T. (Geneva, OH) regarding an invoice for a 2001 Ford Explorer | motors-payment@usa.com |

| 7. | November 20, 2019 | Email to an undercover FBI Employee (Cleveland, OH) regarding a 2013 Yamaha R1 motorcycle for sale | jessicaesca@gmail.com |
|---|---|---|---|
| 8. | November 22, 2019 | Email to an undercover FBI Employee (Cleveland, OH) regarding an invoice for a 2013 Yamaha R1 motorcycle | ebay@transaction-agreement.net |

<u>BANK TRANSFERS</u>

| Count | Approximate Date | Description | Originating Location | Receiving Location |
|---|---|---|---|---|
| 9. | February 25, 2015 | Wire transfer for $1,500.00 sent by A.B. (Canton, OH) to pay for a 2004 Honda Accord | Canton, OH | Jackson, SC |

All in violation of Title 18, United States Code, Section 1343.

## COUNT 10
(Conspiracy to Traffic in Counterfeit Service Marks, 18 U.SC. § 2320(a)(1))

The Grand Jury further charges:

31.    The factual allegations of Paragraphs 1 – 10, 15, 17 – 28, and 30 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

32.    From in or around July 2008 through the date of this Indictment, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants COSTEL ALECU, MADALIN GHINEA, and others known and unknown to the Grand Jury, did conspire to intentionally traffic in services, namely internet commerce services, knowingly using counterfeit marks on and in connection with such services, in violation of Title 18, United States Code, Section 2320(a)(1).

### Object of the Conspiracy

33.    It was an object of the conspiracy for Defendants to use counterfeit trademarks and service marks of eBay.com and Amazon Payments to deceive online consumers to send credit card account information, personal identifying information, or wire transfers to Defendants and others posing representatives of legitimate online companies.

### Manner and Means of the Conspiracy

34.    It was a part of the conspiracy that:

a.  Defendants used fraudulent webpages and emails that contained counterfeit trademarks and service marks that were not genuine or authentic.

b.  The fraudulent trademarks and service marks on the webpages and emails were designed to be substantially indistinguishable from the legitimate marks, and in fact, the webpages and emails themselves appeared to contain identical or similar functionalities as the webpages and emails used by the legitimate mark holders.

    c.   Defendants further enhanced the seeming legitimacy of the counterfeit trademarks and service marks by employing them in the same types of services for which the legitimate mark holders had registered and used such marks.

    d.   By making the counterfeit marks substantially indistinguishable from the authentic marks, Defendants caused confusion and mistake in the minds of victims who were deceived into sending personal information or money to Defendants in the course of the "auction fraud" scheme.  From in or around July 2008, through the date of this Indictment, Defendants placed hundreds of listings for non-existent automobiles and other expensive items on websites such as eBay.

### Acts in Furtherance of the Conspiracy

35.    In furtherance of the conspiracy, and to effect the object thereof, Defendants and others committed the acts described below, in the Northern District of Ohio and elsewhere.

36.    On or about September 2, 2012, ALECU sent an email to Co-Conspirator 1 containing a fraud template generator bearing the counterfeit service marks of eBay.

37.    From on or about September 21, 2014, to on or about October 9, 2014, ALECU and others used the "ebay-motors-payments-department.com" domain to send emails to victims of the auction fraud scheme bearing registered marks of eBay.

38.    On or about December 25, 2014, after ALECU received notification from eBay that the "ebay-motors-payments-department.com" web domain violated eBay's registered trademark, ALECU used the credentials of B.H. to obtain use of the web domain "ebay-motors-payments-department.com" from Company D.

39.    On or about February 1, 2015, ALECU sent an email to Co-Conspirator 2 containing eBay fraud templates, which bore the unauthorized service marks of eBay.

40.     In total, Defendants sent counterfeit trademarks and service marks associated with eBay.com, Amazon Payments and others to hundreds of individuals, including those listed below, in an effort to deceive these individuals into sending the Defendants their personal credit card information or account information, each use of a counterfeit and unauthorized trademark and service mark consisting of a separate act in furtherance of the conspiracy:

|     | Victim | Location of Victim | Trademark | Approximate Date Counterfeit Mark Used |
|-----|--------|--------------------|-----------|----------------------------------------|
| a. | M.M. | San Bernardino, CA | eBay | 12/17/2014 |
| b. | R.D. | Geneva, OH | eBay | 02/18/2016 |
| c. | R.T. | Tallahassee, FL | eBay | 12/4/2014 |
| d. | J.C. | Northport, AL | eBay | 12/17/2014 |
| e. | M.W. | Pleasant View, TN | eBay | 12/19/2014 |
| f. | J.B. | Lebanon, TN | eBay | 12/19/2014 |
| g. | Undercover FBI Employee | Cleveland, OH | eBay | 11/22/2019 |

All in violation of Title 18, United States Code Section 2320(a)(1).

**COUNT 11**
(Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h))

The Grand Jury further charges:

41.     The factual allegations of Paragraphs 1 – 10, 15, 17 – 28, 30, 34, and 36 – 40 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

42.     From in or around July 2008 through the date of this Indictment, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants COSTEL ALECU and MADALIN GHINEA, and others presently known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

a.    to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, Wire Fraud in violation of 18 U.S.C. § 1343 and Trafficking in Counterfeit Services, in violation of 18 U.S.C. § 2320(a)(1), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

b.    to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument or funds involving the proceeds of specified unlawful activity, that is, Wire Fraud in violation of 18 U.S.C. § 1343 and Trafficking in

14

Counterfeit Services, in violation of 18 U.S.C. § 2320(a)(1), from a place in the United States to or through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

### Objects of the Conspiracy

43.     It was an object of the conspiracy that Defendants used a network of money mules and wire transfers in order to obscure and disguise the ultimate recipients of the criminal proceeds of the Wire Fraud Scheme—described in Paragraphs 3, 5 – 10, 15 and 17 – 28—and the Trafficking in Counterfeit Goods and Services Scheme—described in Paragraphs 34 and 36 – 40.

44.     It was a further object that Defendants transferred money obtained from the Wire Fraud and Trafficking in Counterfeit Goods and Services schemes overseas for personal financial gain.

### Manner and Means of the Conspiracy

45.     It was part of the conspiracy that:

a.    The Defendants would provide victims with the identifying information of an "eBay Escrow Agent" that in reality was the identifying information of other victims of the Wire Fraud and Trafficking in Counterfeit Goods and Services Schemes.  Other than a name and bank account information, the Defendants did not provide the victims of

15

online auction fraud with any legitimate contact information for the purported "eBay Escrow Agent."

b. The Defendants also used personal identifying information of others to acquire Greendot Moneypak accounts that they then used to launder funds from other victims of the auction fraud scheme through a network of money mules controlled by Defendants.

c. The Defendants directed these money mules to transmit and transfer, and attempt to do so, monetary instruments and funds, including, wire transfers containing illicit proceeds, from a place in the United States to Defendants and others and to European-based money mules located at a place outside of the United States, including Romania and elsewhere in Eastern Europe.

d. In many cases, the money mules would then take the funds and convert them to pre-paid cards and ALECU would later convert those cards to Bitcoin and then back to Romanian currency.

e. The Defendants obscured and disguised their actual identities, locations, and criminal intentions by using stolen credit cards and identities to pay for the domain names, websites, and fictitious online infrastructure associated with the fraud and laundering.

### Acts in Furtherance of the Conspiracy

46.    In furtherance of the conspiracy, and to effect the objects and conceal the existence thereof, Defendants and others performed acts in the Northern District of Ohio and elsewhere, including, but not limited to, the following

*Concealment of Defendants' Identity Through the Use of Stolen Credit Cards To Pay For the Webhosting and ISP Services to Recruit Money Mules*

47.    On or about September 20, 2014, ALECU used the personal identifying information of S.D., an individual in Las Vegas, Nevada, to obtain domain names and web hosting services from Company E.

48.    On or about September 21, 2014, ALECU purchased the domain "ebay-motors-payments-department.com" from Company C, with the receipt addressed to B.H., an individual from Duluth, Minnesota.

49.    On or about November 21, 2014, ALECU used the identity of D.C., an individual from Syracuse, New York, to register and purchase the domain "safe-transaction-department.com" from Company F.

50.    On or about December 28, 2014, the B01lup group used the credentials of G.D., an individual from Mineola, New York, to purchase Virtual Private Network services to hide their true IP address when conducting their activities.

51.    On or about March 30, 2015, ALECU used the name "John Doe" to register the web domain "payment-purchase.com."

*Use of Money Mules to Send Funds Overseas to Evade Detection and Identification*

52.    On or about May 28, 2015, after discussing the trading and loading of prepaid cards, ALECU provided a cryptocurrency wallet to Co-Conspirator 3 and stated, "for rest when u get btc."

53.     On or about May 28, 2015, ALECU received approximately 14 BTC, then valued at approximately $3,339, to his wallet address.

54.     On or about June 20, 2015, ALECU provided his cryptocurrency wallet address to Co-Conspirator 3 and asked, "did you load them already?"

55.     On or about June 20, 2015, ALECU received approximately 7 BTC, then valued at approximately $1,709, to his wallet address.

56.     On or about June 24, 2015, ALECU provided numerous prepaid card numbers and his BTC address to Co-Conspirator 4 and stated, "i will have daily like this bro 15-20k daily."

57.     On or about June 24, 2015, ALECU received a total of approximately 81 BTC, then valued at approximately $19,423.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 12
### (Aggravated Identity Theft, 18 U.S.C. §§ 1028A(a)(1) and 2)

The Grand Jury further charges:

58.     The factual allegations of Paragraphs 1 – 10, 15, 17 – 28, and 30 of this Indictment are hereby repeated, re-alleged and incorporated by reference as if fully set forth herein.

59.     The term "means of identification," for purposes of this Indictment, means any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual and includes any name, social security number, date of birth, and unique electronic identification code, address or routing code, including a credit or debit card number or an online banking credential and password.

60.     On or about February 2, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants COSTEL ALECU and MADALIN GHINEA, and others known and unknown to the Grand Jury, did knowingly use, without lawful authority, a means of identification of another person, to wit: the identity of D.C., during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), to wit, the felony commission of Wire Fraud, a violation of Title 18, United States Code, Section 1343, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1) and 2.

## **FORFEITURE: COUNTS 1 – 9**

The Grand Jury further charges:

61.     The allegations contained in Counts 1-9, inclusive, of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). As a result of these offenses, Defendants COSTEL ALECU and MADALIN GHINEA shall forfeit to the United States any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses.

## **FORFEITURE: COUNT 10**

The Grand Jury further charges:

62.     The allegations contained in Count 10 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2323(b). As a result of this offense, Defendants COSTEL ALECU and MADALIN GHINEA shall forfeit to the United States: (i) all property used - or intended to be used - in any manner or part, to commit or facilitate the commission of the offense; (ii) all property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the offense; and, (iii) all articles, the making or trafficking of which is prohibited under Title 18, United States Code, Section 2320.

## FORFEITURE: COUNT 11

The Grand Jury further charges:

63.     The allegations contained in Count 11 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(1). As a result of this offense, Defendants COSTEL ALECU and MADALIN GHINEA shall forfeit to the United States all property, real and personal, involved in such offense, and all property traceable to such property.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.